AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

UNITED STATES OF AMERICA
v.
Eric E. Burnett

*Amended* Judgment in a Criminal Case
(For **Revocation** of Probation or Supervised Release)

Case No. 01-40017-005
USM No. 05305-025

FILED APR 06 2012

_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant tested positive for cocaine | 10/16/2008 |
| Standard # 2 | The defendant failed to submit monthly reports timely | 09/30/2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3015

Defendant's Year of Birth:  1982

City and State of Defendant's Residence:
Mt. Vernon, IL 62864

04/06/2012
Date of Imposition of Judgment

/s/ J. Phil Gilbert
Signature of Judge

J. Phil Gilbert                District Judge
Name and Title of Judge

April 6, 2012
Date

DEFENDANT: Eric E. Burnett
CASE NUMBER: 01-40017-005

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 3 | The defendant failed to provide truthful informtion concerning drug use | 10/16/2008 |
| Standard # 5 | The defendant failed to maintain regular employment | |
| Standard # 9 | The defendant associated with convicted felons with permission | 10/27/2008 |
| Standard # 11 | The defendant failed to advise probation of being questioned by police | 10/13/2008 |
| Special | The defendant failed to call On-Site Drug Testing | 10/27/2008 |
| Special | The defendant failed to comply with procedures of home confinement | 12/31/2007 |

DEFENDANT: Eric E. Burnett
CASE NUMBER: 01-40017-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

50 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed in Intensive Drug Treatment Program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL